IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF NICHOLAS A. MASTROIANNI, SR., by Its Co-Executors, Nicholas Mastroianni II, John Mastroianni, and Stephanie Mastroianni<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION and FINANCIAL CREDIT INVESTMENT III SPV-B (Cayman), L.P.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 24-1040-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to submit public versions of D.I. Nos. 111, 112, 113 and 114 is extended through and including July 29, 2026.

Dated: July 27, 2026

COZEN O'CONNOR

/s/ Kaan Ekiner
Kaan Ekiner (No. 5607)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

OF COUNSEL:
Michael J. Miller
Nicolas A. Novy
Brian D. Burack
Duncan R. Becker
Benjamin J. Kampf
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103

Daniel R. Miller
WALDEN HARAN WILLIAMS LLP
800 North King Street, Suite 303
Wilmington, DE 19801
(302) 504-1568

*Attorneys for Plaintiff the Estate of
Nicholas A. Mastroianni*

SHAW KELLER LLP

/s/ Andrew E. Russell
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:
Matthew A. Martel
Joseph B. Sconyers
Joseph L. Brav
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110

Peter M. Fay
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

*Attorneys for Defendant U.S. Bank
National Association*

2

SO ORDERED THIS _29th_ day of July, 2026.

_____
The Honorable Chief Judge Colm F. Connolly

3