**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ESTATE OF NICHOLAS A. MASTROIANNI, SR., by Its Co-Executors, Nicholas Mastroianni II, John Mastroianni, and Stephanie Mastroianni, Plaintiff, v. U.S. BANK N.A., Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 1:24-cv-1040-CFC |

**STIPULATION AND [~~PROPOSED~~] ORDER**
**TO AMEND THE SCHEDULING ORDER**

WHEREAS, the parties submitted a Scheduling Order that the Court approved on March 31, 2026 (D.I. 88);

WHEREAS, pursuant to that Scheduling Order (a) the parties agreed to either complete all discovery on the Bank Liability Issues by June 1, 2026, or file a letter to the Court requesting an extension, (b) if the parties complete discovery on Bank Liability Issues by June 1, 2026, summary judgment briefing on Bank Liability Issues would proceed and be completed by July 30, 2026, and (d) fact discovery would conclude by August 21, 2026;

WHEREAS, the parties stipulated to certain modifications of the schedule that the Court approved on June 3, 2026 (D.I. 102);

WHEREAS, pursuant to the Scheduling Order entered on June 3, 2026, the parties are in the midst of briefing summary judgment on the Bank Liability Issues;

WHEREAS, the Estate submitted its response brief in opposition to U.S. Bank's summary judgment motion on August 17, 2026, and U.S. Bank's summary judgment reply brief is due on August 31, 2026;

WHEREAS, the June 3, 2026, Order did not address the schedule for the non-Bank Liability issues, specifically the August 21, 2026, fact discovery deadline;

WHEREAS, the parties have conferred and agreed to hold the discovery deadline in abeyance pending the resolution of U.S. Bank's summary judgment motion on Bank Liability Issues;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that the Scheduling Order be amended as follows:

1. Fact Discovery: The deadline for the parties to complete fact discovery on non-Bank Liability Issues shall be held in abeyance pending the resolution of dispositive motion briefing (previously, August 21, 2026). Within 10 days of the Court's decision on U.S. Bank's dispositive motion, the parties will meet and confer to discuss further scheduling deadlines on non-Bank Liability Issues.

2. The current schedule related to non-Bank Liability Issues, and the proposed adjustments to the schedule, are summarized in the following chart:

| **Event** | **Current Deadline** | **Amended Deadline** (pending Court approval) |
|---|---|---|
| Close of fact discovery for all parties and non-parties except for U.S. Bank (Non-Bank Liability Issues) | August 21, 2026 | TBD (*pending resolution of dispositive motions unrelated to bank liability*) |

Dated: August 21, 2026

**COZEN O'CONNOR**

*/s/ Kaan Ekiner*
Kaan Ekiner (No. 5607)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

[*signature block continued on next page*]

**SHAW KELLER LLP**

*/s/ Nathan R. Hoeschen*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com

[*signature block continued on next page*]

*Of Counsel:*

Michael J. Miller (*pro hac vice*)
Brian D. Burack (*pro hac vice*)
Duncan R. Becker (*pro hac vice*)
Benjamin J. Kampf (*pro hac vice*)
**COZEN O'CONNOR**
1650 Market Street, Suite 2800
Philadelphia, PA 19103

*Attorneys for Plaintiff, the Estate of Nicholas Mastroianni*

*Of Counsel:*

Matthew A. Martel (*pro hac vice*)
Joseph Sconyers (*pro hac vice*)
Peter M. Fay (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110

*Attorneys for Defendant, U.S. Bank N.A.*

SO ORDERED THIS 26th day of August, 2026.

______________________________
The Honorable Chief Judge Colm F. Connolly